JS-6/Enter

FILED
CLERK, U.S. DISTRICT COURT
JUL 27 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| LUTHER F. COX, III, | ) | Case No. CV 09-05092 ABC (AN) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| MICHAEL A. SMELOSKY, | ) | |
| Respondent. | ) | |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Memorandum and Order Summarily Dismissing Successive Petition for Writ of Habeas Corpus for Failure to Obtain Prior Authorization from the Ninth Circuit.

DATED: 7/24/2009

_Audrey B. Collins_
AUDREY B. COLLINS
CHIEF JUDGE